**FORM B9I** (Chapter 13 Case) (12/12)                                                          Case Number **13−40971−abf13**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT of MISSOURI

# Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 7 on 3/21/13 and was converted to a case under chapter 13 on 2/9/14 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. *Creditors−Do not file this notice in connection with any proof of claim you submit to the court.*

## See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Gerald Phillip Valdepena Sr.<br>245 East Bridlespur Drive<br>Kansas City, MO 64114 | Remedios Mirador Valdepena<br>245 East Bridlespur Drive<br>Kansas City, MO 64114 |
| Case Number:<br>13−40971−abf13 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−2136<br>xxx−xx−7410 |
| Attorney for Debtor(s) (name and address):<br>Jason C. Amerine<br>Castle Law<br>811 Grand Blvd., Suite 101<br>Kansas City, MO 64106<br>Telephone number: 816−842−6200 | Bankruptcy Trustee (name and address):<br>Richard Fink<br>Suite 800<br>818 Grand Blvd<br>Kansas City, MO 64106−1910<br>Telephone number: 816−842−1031 |

## Meeting of Creditors

Date: **March 18, 2014**                                        Time: **09:00 AM**

Location: **Scarritt Conference Center, 818 Grand Blvd., Kansas City, MO 64106**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit): **6/16/14**      For a governmental unit (except as otherwise provided in rule 3002 (c)(1)): 180 days after Order for Relief

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:
Sixty (60) days after the first date set for the meeting of creditors.

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Bankruptcy Clerk's Office:** www.mow.uscourts.gov<br><br>400 E. 9th Street, Room 1510<br>Kansas City, MO 64106<br>Telephone Number: 816−512−1800<br>VCIS Number toll free: 866−222−8029 | **For the Court:**<br>Court Executive:<br>Ann Thompson |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 2/10/14 |

     Objections to confirmation must be filed with the clerk within 21 days after the conclusion of the 341 meeting. The plan may be confirmed without further notice or hearing absent timely objections. The Court will set a confirmation hearing only upon the filing of an objection to confirmation or the trustee's motion to deny confirmation.
     Creditors with a security interest in property of the estate must provide evidence of perfection to both the trustee and to debtor's attorney prior to the meeting date scheduled above. The trustee may file a motion to avoid any such lien if evidence of perfection is not timely provided. If hearing location is Kansas City, please call (816) 512−1800 menu item #6 for information regarding handicapped access.

**To obtain a claim form go to:** http://www.uscourts.gov/uscourts/RulesAndPolicies/rules/BK_Forms_Current/B_010.pdf

**EXPLANATIONS** FORM B9I (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Foreign Creditor:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. Do no include this notice with any filing you make with the court. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Western District of Missouri

In re:                                                              Case No. 13-40971-abf
Gerald Phillip Valdepena, Sr.                                       Chapter 13
Remedios Mirador Valdepena
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0866-4         User: wexters            Page 1 of 3           Date Rcvd: Feb 10, 2014
                             Form ID: b9i             Total Noticed: 103

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2014.
```
db/jdb     +Gerald Phillip Valdepena, Sr.,   Remedios Mirador Valdepena,   245 East Bridlespur Drive,
             Kansas City, MO 64114-4718
tr         +Richard Fink,   Suite 800,   818 Grand Blvd,   Kansas City, MO 64106-1901
14732712   +1st Fed Bank S,   6900 Executive Dr,   Kansas City MO 64120-2111
14732713   +A-1 Premium Acceptance,   8304 Wornall Rd.,   Kansas City MO 64114-5810
14732714   +AD Astra Recovery,   7330 W. 33rd St. N,   Suite 118,   Wichita KS 67205-9370
14732715   +Advance America,   3907A Main St.,   Kansas City MO 64111-1916
14732716   +Allied Interstate,   3000 Corporate Exchange,   Columbus OH 43231-7684
14732720   #+BMO Harris Bank,   Harris Lending Svc Center,   3800 W. Golf Rd.,   Rolling Meadows IL 60008-4037
15029703   +Bourassa Law Group,   PO Box 28039,   Las Vegas NV 89126-2039
14732723    Cap One/ Kohl's,   Po Box 2983,   Milwaukee WI 53201-2983
14732733   +Citifinancial,   300 Saint Paul Pl,   Baltimore MD 21202-2120
14732734   +Citifinancial,   605 Munn Road,   Fort Mill SC 29715-8421
15029704    City of Kansas City,   414 E. 12th St.,   Kansas City MO 64106-2786
14732735   +City of Kansas City,   Treasury Division,,   Dept. of Finance,   414 E. 12th Street,
             Kansas City MO 64106-2790
14732736   +Cohen McNeile, Pappas & Shuttleworth,   4550 Belleview,   2nd Floor,   Kansas City MO 64111-3568
14732740   +Evans & Dixon,   211 N Broadway Suite 2500,   Saint Louis MO 63102-2727
14732741    Executive Financial,   310 Armour Rd.,   Suite 220,   Kansas City MO 64116-3541
14732746   +Harris N.a.,   Bmo-Harris Bank/Attention: Legal Service,   1100 W. Monroe 421 E,
             Chicago IL 60607-2507
14732747   +Health Midwest Research,   2323 E. 63rd St.,   Kansas City MO 64130-3462
14732748   +Healthcare Community Credit Union,   2316 Meyer Blvd.,   Kansas City MO 64132-1136
14732749   +Hilco Receivables/Equable Ascent Financi,   Attn: Bankruptcy,   1120 Lake Cook Road Suite B,
             Buffalo Grove IL 60089-1970
14732753   +J's Pawn,   1380 Brush Creek Blvd.,   Kansas City MO 64110-1852
15029706   ++JACKSON COUNTY COLLECTIONS DEPARTMENT,   415 E 12TH ST,   ROOM 100,   ATTN BANKRUPTCY,
             KANSAS CITY MO 64106-2755
           (address filed with court: Jackson County Collector,   PO Box 219747,
             Kansas City MO 64121-0000)
14732754   +Jackson County Collector,   c/o Bankruptcy Dept,   415 E 12th Street Room 100,
             Kansas City MO 64106-2706
14732755   +James Mc Neile,   4550 Belleview 2nd Floor,   Kansas City MO 64111-3568
14732757   +Joe Pezzutto,   4013 E. Broadway,   Suite A2,   Phoenix AZ 85040-8818
14732758   +Just Say Cash,   3937 Main,   Kansas City MO 64111-1916
14732759   +KCI,   Po Box 14765,   Shawnee Mission KS 66285-4765
15029710    KCUMB,   PO BOX 169007,   Kansas City MO 64116-9007
15029711   +KCUMB Physician Associates,   P.O. Box 169007,   Kansas City MO 64116-9007
15029707    Kansas City Gastro and Hepatology,   3 Maryland Farms Suite 258,   Brentwood TN 37027-5053
15029708    Kansas City Gastroenterology & Hepatolog,   3 Maryland Farms Suite 250,   Brentwood TN 37027-5053
15029709   +Kansas Counselors,   PO Box 14765,   Shawnee KS 66285-4765
14732760   +Kelly McCambridge,   c/o Holman Schiavone,   4600 Madison,   Kansas City MO 64112-1283
14732761   +King of Cash,   8304 Wornall Rd,   Kansas City MO 64114-5810
14732763    Larry Roach Atty,   155 Montrose Ave.,   Suite 200,   Akron OH 44321-0000
14732767    Meaningful Beauty,   PO Box 11448,   Des Moines IA 50336-1448
14732768    Merchants Credit Adjusters,   4005 S. 14th St.,   Omaha NE 68137-0000
15029712   +Midwest Radiology,   4801 W. 110th Street Suite 100,   Leawood KS 66211-1239
14732769   +Monarch Recovery Management,   PO Box 16119,   Philadelphia PA 19114-0119
14732770    Mrtbrokrge,   25331 1h 10 West,   San Antonio TX 78257-0000
14732771   +NCO,   2703 N Highway 75,   Sherman TX 75090-2567
14732773   +North Kanas City Internal Medi,   2700 Clay Edwards Drive,   Ste 400,
             North Kansas City MO 64116-3270
15029713   +OPS9, LLC Clergy,   8668 Spring Mountain Road,   Las Vegas NV 89117-4132
15029714   +Physicians Surgery Center,   3840 W. 75th Street,   Prairie Village KS 66208-4126
14732774   +Plaza Recovery Inc.,   5800 N. Course Drive,   Houston TX 77072-1613
14732776   +QC Financial Services,   7924 Troost,   Kansas City MO 64131-1958
14732777   +Quest Diagnosics,   PO Box 740780,   Cincinnati OH 45274-0780
14732778   +Quick Cash #54,   7924 Troost Avenue,   Kansas City MO 64131-1958
14732779   +Rudzik & Dynia, LLC,   4849 N. Milwaukee Ave.,   Suite 801,   Chicago IL 60630-2680
14732784   +SKO Brenner American, Inc.,   40 Daniel St.,   Farmingdale NY 11735-1308
14732783   +Sixteenth Judicial Circuit Court of MO,   1101 Locust St.,   Kansas City MO 64106-2623
14732786   +Star Loans,   3921 Main St.,   Kansas City MO 64111-1916
14732787   +Stellar Recovery,   1327 Hwy 2 West Suite 100,   Kalispell MT 59901-3413
14732789   +Travelers Capitol Agency,   PO Box 678,   Mission KS 66201-0678
14732790   +United Collection Bureau,   PO BOX 1117,   Maumee OH 43537-8117
14732791   +United Collection Bureau, Inc.,   5620 Southwych Blvd.,   Suite 206,   Toledo OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: mo-ecf@castlelaw-kc.com Feb 10 2014 21:02:33     Jason C. Amerine,   Castle Law,
             811 Grand Blvd., Suite 101,   Kansas City, MO  64106
smg         E-mail/Text: ecfnotices@dor.mo.gov Feb 10 2014 21:02:36     Missouri Department of Revenue,
             General Counsel's Office,   PO Box 475,   Jefferson City, MO  65105-0475
```

```
District/off: 0866-4                 User: wexters                Page 2 of 3                  Date Rcvd: Feb 10, 2014
                                     Form ID: b9i                 Total Noticed: 103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14732717      +EDI: ARSN.COM Feb 10 2014 20:58:00      ARS National Services Inc,    PO Box 463023,
               Escondido CA 92046-3023
14846366      +EDI: ATLASACQU.COM Feb 10 2014 20:58:00      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
14732719       EDI: BANKAMER.COM Feb 10 2014 20:58:00      Bank Of America,    Attention: Recovery Department,
               4161 Peidmont Pkwy.,    Greensboro NC 27410-0000
14732718       EDI: BANKAMER.COM Feb 10 2014 20:58:00      Bank Of America,    4060 Ogletown/Stanton Rd,
               Newark DE 19713-0000
14732730       EDI: CITICORP.COM Feb 10 2014 20:58:00      Citibank Na,    Attn.: Centralized Bankruptcy,
               Po Box 20363,    Kansas City MO 64195-0000
14732731       EDI: CITICORP.COM Feb 10 2014 20:58:00      Citibank Usa,
               Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,    Kansas City MO 64195-0000
14732750       EDI: CITICORP.COM Feb 10 2014 20:58:00      Home Depot/CBSD,
               Citibank USA/Attn: Centralized Bankruptc,    P.O. Box 20363,    Kansas City MO 64195-0000
14732721      +EDI: STFC.COM Feb 10 2014 20:58:00      Cach Llc/Square Two Financial,    Attention: Bankruptcy,
               4340 South Monaco St.  2nd Floor,    Denver CO 80237-3408
14732722      +EDI: CAPITALONE.COM Feb 10 2014 20:58:00      Cap One Na,    Po Box 26625,    Richmond VA 23261-6625
14732724      +EDI: CAPITALONE.COM Feb 10 2014 20:58:00      Cap1/bstby,    Po Box 5253,
               Carol Stream IL 60197-5253
14732725      +E-mail/Text: cms-bk@cms-collect.com Feb 10 2014 21:02:43      Capital Management Service,
               726 Exchange St.,    Suite 700,    Buffalo NY 14210-1464
14786212      +EDI: BASSASSOC.COM Feb 10 2014 20:58:00      Capital One, N.A.,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
14732726      +E-mail/Text: cashamerica@nuvox.net Feb 10 2014 21:02:47      Cash America,    1600 W. 7th St.,
               Fort Worth TX 76102-2599
14732727      +E-mail/Text: cashamerica@nuvox.net Feb 10 2014 21:02:47      Cash America,    17 Triangle Park,
               Cincinnati OH 45246-3411
14732728      +EDI: CBCSI.COM Feb 10 2014 20:58:00      Cbcs,    Po Box 163279,    Columbus OH 43216-3279
14732729      +Fax: 614-760-4092 Feb 10 2014 21:28:10      CheckSmart,    7001 Post Road,    Suite 200,
               Dublin OH 43016-8334
14732737      +EDI: CCS.COM Feb 10 2014 20:58:00      Credit Collection Services,    Two Wells Avenue,
               Newton Center MA 02459-3246
14732738      +EDI: CMIGROUP.COM Feb 10 2014 20:58:00      Credit Management Lp,    4200 International Pkwy,
               Carrollton TX 75007-1912
14732739      +E-mail/Text: bknotice@erccollections.com Feb 10 2014 21:02:51      Enhanced Recovery Corp,
               8014 Bayberry Rd.,    Jacksonville FL 32256-7412
15029705       EDI: CRFRSTNA.COM Feb 10 2014 20:58:00      Firestone,    P.O. Box 81410,    Cleveland OH 44181-0410
14732742      +EDI: GMACFS.COM Feb 10 2014 20:58:00      G M A C,    P O Box 380901,    Bloomington MN 55438-0901
14732743      +EDI: RMSC.COM Feb 10 2014 20:58:00      GEMB/ Dillards,    Attn: Bankruptcy,    Po Box 103104,
               Roswell GA 30076-9104
14732744      +EDI: RMSC.COM Feb 10 2014 20:58:00      Gemb/JC Penny,    Attention: Bankruptcy,    Po Box 103104,
               Roswell GA 30076-9104
14732745      +EDI: RMSC.COM Feb 10 2014 20:58:00      Gemb/walmart,    Attn: Bankruptcy,    Po Box 103104,
               Roswell GA 30076-9104
14732751      +EDI: HFC.COM Feb 10 2014 20:58:00      Hsbc/bstby,    Po Box 5253,    Carol Stream IL 60197-5253
14732752      +EDI: IRS.COM Feb 10 2014 20:58:00      Internal Revenue Service,    2850 NE Independence Ave.,
               Lees Summit MO 64064-2327
14732756      +E-mail/Text: ebankruptcy@arraysg.com Feb 10 2014 21:03:02      JC Christensen & Associates,
               P.O. Box 519,    Sauk Rapids MN 56379-0519
14732762      +EDI: CBSKOHLS.COM Feb 10 2014 20:58:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
               Menomonee Falls WI 53051-7096
14732764      +EDI: LTDFINANCIAL.COM Feb 10 2014 20:58:00      LTD Financial Services,    7322 Southwest Freeway,
               Suite 1600,    Houston TX 77074-2134
14732766      +E-mail/Text: ecfnotices@dor.mo.gov Feb 10 2014 21:02:36      MDOR,    Bankruptcy Unit,    PO Box 475,
               Jefferson City MO 65105-0475
14732765      +EDI: TSYS2.COM Feb 10 2014 20:58:00      Macy’s DSNB,    9111 Duke Blvd,    Mason OH 45040-8999
14732772      +E-mail/Text: demand@nfm.com Feb 10 2014 21:02:46      Nebraska Furniture Mart,    Attn: Collections,
               Po Box 2335,    Omaha NE 68103-2335
14732775       EDI: PRA.COM Feb 10 2014 20:58:00      Portfolio Rc,    Attn: Bankruptcy,    Po Box 41067,
               Norfolk VA 23541-0000
14732781      +EDI: SEARS.COM Feb 10 2014 20:58:00      Sears/cbna,    Po Box 6189,    Sioux Falls SD 57117-6189
14732780      +EDI: SEARS.COM Feb 10 2014 20:58:00      Sears/cbna,    Po Box 6282,    Sioux Falls SD 57117-6282
14732782      +EDI: SECFIN.COM Feb 10 2014 20:58:00      Security Fin,    Sfc Centralized Bankruptcy,
               Po Box 1893,    Spartanburg SC 29304-1893
14732785      +E-mail/Text: bankruptcy@speedyinc.com Feb 10 2014 21:02:40      Speedy Cash,    3947 Main Street,
               Kansas City MO 64111-1916
14732788      +EDI: WTRRNBANK.COM Feb 10 2014 20:58:00      Target Credit Card (TC),
               C/O Financial & Retail Services,    Mailstop BT P.O. Box 9475,    Minneapolis MN 55440-9475
14732792      +EDI: USBANKARS.COM Feb 10 2014 20:58:00      Us Bank Home Mortgage,    4801 Frederica St,
               Owensboro KY 42301-7441
14732793      +E-mail/Text: sporterfield@mmi-corp.com Feb 10 2014 21:03:03      Us Recov Svc,
               2057 Vermont Drive,    Fort Collins CO 80525-2913
14732794      +E-mail/Text: sporterfield@mmi-corp.com Feb 10 2014 21:03:03      Us Recovery Services,
               2057 Vermont Drive,    Fort Collins CO 80525-2913
14732795      +EDI: TSYS2.COM Feb 10 2014 20:58:00      Visa Dept. Stores,    Attn: Bankruptcy,    Po Box 8053,
               Mason OH 45040-8053
14732796      +EDI: WFFC.COM Feb 10 2014 20:58:00      Wellsfargo,    800 Walnut St,    Des Moines IA 50309-3605
```

```
District/off: 0866-4                  User: wexters                 Page 3 of 3                  Date Rcvd: Feb 10, 2014
                                      Form ID: b9i                  Total Noticed: 103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14732797     +EDI: WFFC.COM Feb 10 2014 20:58:00     Wf Fin Bank,   Attention: Bankruptcy,   Po Box 10438,
              Des Moines IA 50306-0438
                                                                                                  TOTAL: 46

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14732732     ##+Citicorp Credit Svc,   12501 Lakefront Pl.,   Louisville KY 40299-4894
                                                                                        TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2014                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2014 at the address(es) listed below:
```
          Adam E. Miller    on behalf of U.S. Trustee    United States Trustee adam.e.miller@usdoj.gov,
           ustpRegion13.KC.ECF@usdoj.gov;Tavia.B.Shreefer@usdoj.gov;murie.s.bolen@usdoj.gov
          David C. Stover    on behalf of Trustee David C. Stover dcstover@gunnshank.com,
           ajchilton@gunnshank.com;dstover14@comcast.net
          David C. Stover    dcstover@gunnshank.com,
           MO16@ECFCBIS.COM;spence@spencestoverlaw.com;dstover14@comcast.net;dcstrusteeassistant@gmail.com
          Jason C. Amerine    on behalf of Joint Debtor Remedios Mirador Valdepena mo-ecf@castlelaw-kc.com
          Jason C. Amerine    on behalf of Debtor Gerald Phillip Valdepena, Sr. mo-ecf@castlelaw-kc.com
          Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
          Richard  Fink    ecfincdocs@WDMO13.com
                                                                                             TOTAL: 7
```